**97–2648. Cuyahoga Cty. Bar Assn. v. Okocha.**
On January 27, 1998, respondent filed a motion for leave to supplement the record. Upon consideration thereof,

IT IS ORDERED AND ADJUDGED by this court that the motion be, and is, hereby, granted.